Michael R. Crosner (SBN 41294)
mike@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
Blake R. Jones (SBN 211221)
blake@crosnerlegal.com
Kim L. Anglin (SBN 218749)
kim@crosnerlegal.com
Chad Saunders (SBN 257810)
chad@crosnerlegal.com
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90201
Tel: (310) 496-5818
Fax: (310) 510-6429

Attorneys for Plaintiff
MAGGIE BLAND

Kyle L. Schriner (SBN 215853)
kyle@schrinerlaw.com
SCHRINER LAW FIRM, PC
1936 University Ave., Suite 110
Berkeley, CA 94704
Tel: (415) 321-4924

Attorneys for Defendants
MARIN AIRPORTER and LAWRENCE LEPORTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE BLAND, on behalf of herself and all others similarly situated, | Case No. 4:21-cv-01689-YGR |
| Plaintiff,<br>v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LAWRENCE LEPORTE (FRCP 41(a)) AND ORDER** |
| MARIN AIRPORTER, a California corporation; LAWRENCE LEPORTE, an individual; and DOES 1-100, | Judge: Hon. Yvonne Gonzalez Rogers<br>Place: Courtroom 1, Fourth Floor |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF LAWRENCE LEPORTE**

Plaintiff Maggie Bland and Defendants Marin Airporter and Lawrence Leporte hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that individual defendant Lawrence Leporte be dismissed as a party from the entire action without prejudice, with each party bearing that party's own attorney's fees and costs in connection with the dismissal.

Dated: May 11, 2021                    **CROSNER LEGAL, APC**

By:    /s/ Chad Saunders
         Michael Crosner, Esq.
         Zach Crosner, Esq.
         Blake Jones, Esq.
         Kim Anglin, Esq.
         Attorneys for Plaintiff Maggie Bland

Dated: May 11, 2021                    **SCHRINER LAW FIRM**

By:    /s/ Kyle L. Schriner
         Attorney for Defendants Marin Airporter and
         Lawrence Leporte

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 12, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE